IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| KRISTAL M. KHAN, MICHELLE R. BALLINGER, and GEORGE A. CRAAN, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>PTC INC., THE BOARD OF DIRECTORS OF PTC INC., THE INVESTMENT COMMITTEE OF PTC INC., and JOHN DOES 1-30,<br><br>Defendants. | Civil Action No. 1:20-cv-11710-WGY |

## JOINT MOTION FOR STAY PENDING SETTLEMENT DISCUSSIONS

Defendants PTC Inc., the Board of Directors of PTC Inc., and the Investment Committee of PTC Inc. ("Defendants"), jointly with Plaintiffs Kristal M. Khan, Michelle R. Ballinger, and George A. Craan ("Plaintiffs") (collectively, the "Parties"), hereby request that this action be stayed entirely pending completion of the Parties' settlement discussions. In support of this request, the Parties state as follows:

1. Plaintiffs initiated this action on September 17, 2020. (*See* ECF No. 1.) On March 31, 2021, after granting in part and denying in part Defendants' Motion to Dismiss, the Court set this case for trial beginning on April 4, 2022; the Court set a dispositive motions deadline of January 2, 2022. (ECF No. 34.)

2. Pursuant to the Proposed Joint Case Management Schedule submitted by the Parties on April 26, 2021 (ECF No. 36), fact discovery must be completed by October 29, 2021. For the past several months, the Parties have been actively and cooperatively engaged in discovery. The

Parties have exchanged discovery requests and responsive documents, and Defendants are further currently in the process of conducting an in-depth ESI review of key custodial files. The Parties have not yet conducted depositions or exchanged expert reports. However, Plaintiffs have noticed a deposition under Fed. R. Civ. P. 30(b)(6) and the Parties are currently working together to schedule that deposition on a mutually convenient date in September. Further, Defendants are currently scheduled to take the depositions of the three named Plaintiffs on August 26,[1] September 2, and September 10, respectively.

       3.      On August 16, 2021, Plaintiffs filed a Motion for Class Certification. (ECF No. 42.) Under the Parties' Proposed Joint Case Management Schedule, Defendants' response in opposition to Plaintiffs' Motion must be filed by September 6, 2021.

       4.      On August 25, 2021, the Parties agreed to participate in settlement discussions, potentially to include a formal mediation session with a third-party mediator, in an effort to resolve the disputes presented in this matter. The Parties are committed to participating in settlement discussions in good faith and with a goal of resolving this matter in its entirety.

       5.      If successful, the Parties' settlement discussions would obviate the need for further discovery in this action (including the four upcoming depositions and ongoing costly ESI review), for further briefing on Plaintiffs' class certification motion and at the dispositive-motions stage, and for trial. Therefore, a stay of these proceedings pending completion of the Parties' settlement discussions would conserve a significant amount of litigant and judicial resources. *Landis v. N. Am. Co.*, 299 U.S. 248, 254 (1936) ("[T]he power to stay proceedings is incidental to the power inherent in every court to control the disposition of the causes on its docket.").

---

[1] The Parties agreed to suspend this deposition pending the Court's ruling on their joint request for a stay.

6. No prejudice will arise from a stay of these proceedings pending completion of the Parties' settlement discussions.

7. For the foregoing reasons, the Parties submit that good cause exists to stay all further proceedings in this action pending completion of the Parties' settlement discussions.

8. The Parties request that they be directed to file a status report on or before October 1, 2021, advising the Court of the status of the Parties' settlement discussions.

9. The Parties have conferred and jointly seek the relief requested herein.

WHEREFORE, the Parties respectfully request that the Court enter an order staying this action and vacating the trial date and motions deadlines set by the Court's Order on March 31, 2021 (ECF No. 34) and the other deadlines reflected in the Parties' Proposed Joint Case Management Schedule (ECF No. 36), and directing the Parties to file a status report on or before October 1, 2021.

Dated:  August 26, 2021                    Respectfully submitted,

                                           */s/ Keri L. Engelman*
                                           Keri L. Engelman, Bar No. 704360
                                           MORGAN, LEWIS & BOCKIUS LLP
                                           One Federal Street
                                           Boston, MA 02110
                                           Tel.: 617.341.7828
                                           Fax: 617.341.7701
                                           keri.engelman@morganlewis.com

                                           Brian T. Ortelere (*pro hac vice*)
                                           MORGAN, LEWIS & BOCKIUS LLP
                                           101 Park Avenue
                                           New York, NY 10178
                                           Tel.: 212.309.6000
                                           Fax: 212.309.6001
                                           brian.ortelere@morganlewis.com

Stephen K. Dixon (*pro hac vice*)
MORGAN, LEWIS & BOCKIUS, LLP
1111 Pennsylvania Avenue, NW
Washington, DC 20004
Tel.: 202.739.3000
Fax: 202.739.3001
stephen.dixon@morganlewis.com

*Counsel for Defendants PTC Inc.,*
*the Board of Directors of PTC Inc.,*
*and the Investment Committee of PTC Inc.*


<u>*/s/ Mark K. Gyandoh*</u> (with permission)
Mark K. Gyandoh, Esquire (*pro hac vice*)
Gabrielle P. Kelerchian, Esquire
CAPOZZI ADLER, P.C.
312 Old Lancaster Road
Merion Station, PA 19066
markg@capozziadler.com
gabriellek@capozziadler.com
Tel.: (610) 890-0200
Fax: (717) 233-4103

Donald R. Reavey, Esquire (*pro hac vice*)
CAPOZZI ADLER, P.C.
2933 North Front Street
Harrisburg, PA 17110
donr@capozziadler.com
Tel.: (717) 233-4101
Fax: (717) 233-4103

*Counsel for Plaintiffs*

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that this document was filed using the CM/ECF system, which will send notice of electronic filing to all counsel of record in this matter.

                                                */s/ Keri L. Engelman*  
                                                Keri L. Engelman