IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| KRISTAL M. KHAN, MICHELLE R. BALLINGER, and GEORGE A. CRAAN, individually and on behalf of all others similarly situated,<br><br>**Plaintiffs,**<br><br>v.<br><br>PTC INC., THE BOARD OF DIRECTORS OF PTC INC., THE INVESTMENT COMMITTEE OF PTC INC., and JOHN DOES 1-30,<br><br>**Defendants.** | Civil Action No. 1:20-cv-11710-WGY |

## JOINT STATUS REPORT

Defendants PTC Inc., the Board of Directors of PTC Inc., and the Investment Committee of PTC Inc. ("Defendants"), jointly with Plaintiffs Kristal M. Khan, Michelle R. Ballinger, and George A. Craan ("Plaintiffs") (collectively, the "Parties"), hereby provide a status report to advise the Court as to the outcome of their settlement discussions. In support of this status report, the Parties state as follows:

1. On August 26, 2021, the Parties filed a Joint Motion for Stay Pending Settlement Discussions requesting that the Court stay this action entirely pending completion of the Parties' settlement discussions. (ECF No. 46). The motion provided the Parties would file a status report on or before October 1, 2021 to advise the Court of the progression of settlement discussions.

2. On September 21, 2021, the Parties attended a mediation under the auspices of Hunter R. Hughes, III, a neutral, third-party private mediator with extensive experience mediating ERISA class actions.

3. The Parties did not reach agreement during the mediation but continued to engage in settlement discussions after the conclusion of the September 21, 2021 mediation and reached an agreement in principle on September 22, 2021.

4. The Parties have now begun the process of memorializing their agreement which, based on counsel's experience, could take several weeks given the complicated nature of ERISA class action settlement agreements which typically span multiple pages and include several exhibits. Additionally, several third party vendors will need to be vetted in connection with services needed to implement the settlement once approved.

5. Plaintiffs thus propose to file a motion for preliminary approval of the class action settlement on or before December 1, 2021.

WHEREFORE, the Parties respectfully request that the Court enter an order directing Plaintiffs to file a motion for preliminary approval of the class action settlement.

Dated: October 1, 2021

Respectfully submitted,

*/s/ Mark K. Gyandoh*
Mark K. Gyandoh, Esquire (*pro hac vice*)
Gabrielle P. Kelerchian, Esquire
CAPOZZI ADLER, P.C.
312 Old Lancaster Road
Merion Station, PA 19066
markg@capozziadler.com
gabriellek@capozziadler.com
Tel.: (610) 890-0200
Fax: (717) 233-4103

Donald R. Reavey, Esquire (*pro hac vice*)
CAPOZZI ADLER, P.C.
2933 North Front Street
Harrisburg, PA 17110
donr@capozziadler.com
Tel.: (717) 233-4101
Fax: (717) 233-4103

*Counsel for Plaintiffs*

 /s/ Stephen K. Dixon
Stephen K. Dixon (*pro hac vice*)
MORGAN, LEWIS & BOCKIUS, LLP
1111 Pennsylvania Avenue, NW
Washington, DC 20004
Tel.: 202.739.3000
Fax: 202.739.3001
stephen.dixon@morganlewis.com

Keri L. Engelman, Bar No. 704360
MORGAN, LEWIS & BOCKIUS LLP
One Federal Street
Boston, MA 02110
Tel.: 617.341.7828
Fax: 617.341.7701
keri.engelman@morganlewis.com

Brian T. Ortelere (*pro hac vice*)
MORGAN, LEWIS & BOCKIUS LLP
101 Park Avenue
New York, NY 10178
Tel.: 212.309.6000
Fax: 212.309.6001
brian.ortelere@morganlewis.com

*Counsel for Defendants PTC Inc.,*
*the Board of Directors of PTC Inc.,*
*and the Investment Committee of PTC Inc.*

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that this document was filed using the CM/ECF system, which will send notice of electronic filing to all counsel of record in this matter.

>  */s/ Mark K. Gyandoh*
>  Mark K. Gyandoh