IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| KRISTAL M. KHAN, MICHELLE R. BALLINGER, and GEORGE A. CRAAN, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>PTC INC., THE BOARD OF DIRECTORS OF PTC INC., THE INVESTMENT COMMITTEE OF PTC INC., and JOHN DOES 1-30,<br><br>Defendants. | Civil Action No. 1:20-cv-11710-WGY |

**PLAINTIFFS KRISTAL M. KHAN, MICHELLE R. BALLINGER, AND GEORGE A. CRAAN'S UNOPPOSED MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT, PRELIMINARY CERTIFICATION OF SETTLEMENT CLASS, APPROVAL OF CLASS NOTICE, APPROVAL OF PLAN OF ALLOCATION, <u>AND SCHEDULING OF A FAIRNESS HEARING</u>**

Plaintiffs Kristal M. Khan, Michelle R. Ballinger, and George A. Craan (together, "Plaintiffs"), participants in the PTC 401(k) Savings Plan (the "Plan"), respectfully submit this Unopposed motion for Preliminary Approval of the Class Action Settlement Agreement entered into with Defendants[1] (the "Settlement" or "Settlement Agreement"), Preliminary Certification of Settlement Class, Approval of Class Notice, Approval of Plan of Allocation, and Scheduling of a Fairness Hearing ("Motion for Preliminary Approval") and respectfully move this Court for an Order granting the relief sought. The grounds for this motion are set forth in Plaintiffs and their

---

[1] "Defendants" refers, collectively, to PTC, Inc. ("PTC"), The Board of Directors of PTC, Inc. (the "Board"), and The Investment Committee of PTC, Inc. (the "Committee") (collectively, the "Defendants").

1

Counsel's declarations and the memorandum of law in support of this motion, which are submitted herewith.

A Proposed Order is submitted herewith.

Dated: December 17, 2021              Respectfully submitted,

**CAPOZZI ADLER, P.C.**

*/s/ Mark K. Gyandoh*_____
Mark K. Gyandoh, Esquire
Gabrielle Kelerchian, Esquire
312 Old Lancaster Road
Merion Station, PA 19066
Telephone: (610) 890-0200
Facsimile: (717) 233-4103
Email: markg@capozziadler.com
       gabriellek@capozziadler.com

**CAPOZZI ADLER, P.C.**
Donald R. Reavey, Esquire
2933 North Front Street
Harrisburg, PA 17110
Telephone: (717) 233-4101
Facsimile: (717) 233-4103
Email: donr@capozziadler.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on December 17, 2021, a true and correct copy of the foregoing document was filed with the Court utilizing its ECF system, which will send notice of such filing to all counsel of record.

              By: *Mark K. Gyandoh*
                    Mark K. Gyandoh, Esq.