IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| KRISTAL M. KHAN, MICHELLE R. BALLINGER, and GEORGE A. CRAAN, individually and on behalf of all others similarly situated,<br><br>**Plaintiffs,**<br><br>v.<br><br>PTC INC., THE BOARD OF DIRECTORS OF PTC INC., THE INVESTMENT COMMITTEE OF PTC INC., and JOHN DOES 1-30,<br><br>**Defendants.** | **Civil Action No. 1:20-cv-11710-WGY** |

**PLAINTIFFS KRISTAL M. KHAN, MICHELLE R. BALLINGER, AND GEORGE A. CRAAN'S MOTION FOR AN AWARD OF ATTORNEYS' FEES AND REIMBURSEMENT OF EXPENSES AND CASE CONTRIBUTION AWARDS <u>FOR THE NAMED PLAITNIFFS</u>**

Plaintiffs Kristal M. Khan, Michelle R. Ballinger, and George A. Craan (together, "Plaintiffs"), participants in the PTC 401(k) Savings Plan (the "Plan"), respectfully move this Court, pursuant to FED. R. CIV. P. 23, for an Order:

1. Granting class counsel attorneys' fees in the amount of $575,000.00 which represents 33 1/3% of the settlement amount;

2. Directing reimbursement to Class Counsel in the amount of $15,204.37 of expenses incurred in the prosecution of the action;

3. Awarding case contribution awards of $10,000.00 to each of the three Named Plaintiffs (Kristal M. Khan, Michelle R. Ballinger, and George A. Craan); and

4. For such other relief as the Court may deem just and proper.

A proposed form of Order is submitted hereto.

1

The grounds for this Motion are set forth in the following documents filed contemporaneously herewith:

A. Memorandum of Law in Support of Plaintiffs' Motion For Award of Attorneys' Fees and Reimbursement of Expenses, and Case Contribution Awards to the Named Plaintiffs;

B. Declaration of Mark K. Gyandoh in Support of Plaintiffs' Motion for Final Approval of Settlement and In Support of Motion for An Award of Attorneys' Fees, Reimbursement of Expenses and Case Contribution Awards for the Named Plaintiffs;

C. Declaration of Named Plaintiff Kristal M. Khan in Support of Plaintiffs' Motion for Final Approval of Settlement and In Support of Motion for An Award of Attorneys' Fees, Reimbursement of Expenses and Case Contribution Awards for the Named Plaintiffs;

D. Declaration of Named Plaintiff Michelle R. Ballinger In Support of Motion for Award of Attorneys' Fees, Reimbursement of Expenses, and Case Contribution Awards to the Named Plaintiffs; and

E. Declaration of Named Plaintiff George A. Craan In Support of Motion for Award of Attorneys' Fees, Reimbursement of Expenses, and Case Contribution Awards to the Named Plaintiffs.

A Proposed Order is submitted herewith.

Dated: August 1, 2022       Respectfully submitted,

              **CAPOZZI ADLER, P.C.**

              */s/ Mark K. Gyandoh*
              Mark K. Gyandoh, Esquire
              Gabrielle Kelerchian, Esquire
              312 Old Lancaster Road
              Merion Station, PA 19066
              Telephone: (610) 890-0200

        Facsimile: (717) 233-4103
        Email: markg@capozziadler.com
             gabriellek@capozziadler.com

        **CAPOZZI ADLER, P.C.**
        Donald R. Reavey, Esquire
        2933 North Front Street
        Harrisburg, PA 17110
        Telephone: (717) 233-4101
        Facsimile: (717) 233-4103
        Email: donr@capozziadler.com

## CERTIFICATE OF SERVICE

I hereby certify that on August 1, 2022, a true and correct copy of the foregoing document was filed with the Court utilizing its ECF system, which will send notice of such filing to all counsel of record.

          By:  *Mark K. Gyandoh*
                Mark K. Gyandoh, Esq.