IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| KRISTAL M. KHAN, MICHELLE R. BALLINGER, and GEORGE A. CRAAN, individually and on behalf of all others similarly situated,<br><br>**Plaintiffs,**<br><br>v.<br><br>PTC INC., THE BOARD OF DIRECTORS OF PTC INC., THE INVESTMENT COMMITTEE OF PTC INC., and JOHN DOES 1-30,<br><br>**Defendants.** | Civil Action No. 1:20-cv-11710-WGY |

**PLAINTIFFS' UNOPPOSED MOTION FOR CLARIFICATION REGARDING MODIFICATION OF THE FINAL APPROVAL ORDER AND JUDGMENT**

Plaintiffs Kristal M. Khan, Michelle R. Ballinger, and George A. Craan (together, "Plaintiffs"), through their undersigned counsel, respectfully move this Court for clarification regarding the Court's instructions during the Fairness Hearing of the settlement in the above-captioned action on Thursday, September 22, 2022. In further support of this motion, Plaintiffs state as follows:

1. At the Fairness Hearing, the Court stated it was prepared to enter the proposed Final Approval Order and Judgment with a slight modification regarding Plaintiffs' request for attorneys' fees.

2. The Court further stated it believed Plaintiffs' counsel's request for attorneys' fees of 33 1/3% should be applied to the net settlement amount (net of case contribution awards and expenses), rather than applying the 33 1/3% to the gross settlement fund.

1

3. The Court instructed Plaintiffs to modify the Final Approval Order and Judgment to reflect the Court's findings.

4. Plaintiffs seek clarification as to whether the expenses the Court referred to includes settlement administration costs (which have yet to be incurred) needed to facilitate administration of the Settlement given that such costs will be deducted from the Settlement Fund.

5. By way of illustration, subtracting only the case contribution awards and attorneys' fees results in the following: $1,725,000.00 - $30,000 (CCA) - $15,204.37 (unreimbursed expenses) x 33-1/3% = attorneys' fees of **$559,875.88**.

6. By way of further illustration, subtracting additional settlement administrative costs yet to be incurred from the settlement fund would require the Court to consider such costs as the $15,000 payment to the independent fiduciary, Fiduciary Counselors, and the amount it will cost the settlement administrator (JND Legal Administration) to administer the settlement fund, including its work to calculate the settlement amounts to class members, and distribute payments.

7. Following the Fairness Hearing, the parties requested JND to provide their expenses to date and an estimate of future expenses needed to administer the settlement. JND stated it has incurred $44,021.56 in this matter through August 31, 2022 and anticipates incurring an additional $48,978.44 through distribution and completion of its administration, bringing its total estimated administration fees and costs to $93,000.

8. If the Court meant for these additional costs to be included in the calculation of attorneys' fees, then attorneys' fees will be as follows: $1,725,000.00 - $30,000 (CCA) - $15,204.37 (unreimbursed attorneys' expenses) - $15,000.00 (payment to independent fiduciary) - $93,000 (settlement administration costs) x 33-1/3% = attorneys' fees of **$523,879.48**.

9. For the reasons set forth above, Plaintiffs respectfully request that the Court clarify its decision regarding Plaintiffs' request for attorneys' fees. Plaintiffs have conferred with Defendants who do not oppose the relief sought herein.

WHEREFORE, for the Court's convenience, the Plaintiffs submit hereto (and email simultaneously to the Court) as Exhibit 1 the previously submitted proposed Final Approval Order and Judgment, modified to include a paragraph awarding attorneys' fees and expenses, and case contribution awards for the named plaintiffs. Attached as Exhibit 2 is a redline version of the proposed Final Approval Order and Judgment to show the changes made.

Dated: October 3, 2022							Respectfully submitted,

**CAPOZZI ADLER, P.C.**

*/s/ Mark K. Gyandoh*
Mark K. Gyandoh, Esquire
Gabrielle Kelerchian, Esquire
312 Old Lancaster Road
Merion Station, PA 19066
Telephone: (610) 890-0200
Facsimile: (717) 233-4103
Email: markg@capozziadler.com
            gabriellek@capozziadler.com

**CAPOZZI ADLER, P.C.**
Donald R. Reavey, Esquire
2933 North Front Street
Harrisburg, PA 17110
Telephone: (717) 233-4101
Facsimile: (717) 233-4103
Email: donr@capozziadler.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on October 3, 2022, a true and correct copy of the foregoing document was filed with the Court utilizing its ECF system, which will send notice of such filing to all counsel of record.

                                         By: *Mark K. Gyandoh*
                                                  Mark K. Gyandoh, Esq.